# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
Rec'd 6/8/06
★ MAY 19 2006 ★
BROOKLYN OFFICE

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Jack B. Weinstein
Transferor Judges: (See Attached List of Judges)
Transferor Clerk: Richard W. Wieking

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2006
FILED
CLERK'S OFFICE

***DOCKET NO. 1596***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-49)***

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**SCHEDULE CTO-49 - TAG-ALONG ACTIONS**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

| DIST. DIV. C.A. # | | CASE CAPTION |
|---|---|---|
| CALIFORNIA NORTHERN | | |
| CAN 3 05-4829 | SC | Amber Brennan v. Eli Lilly & Co. |
| CAN 3 05-4830 | WHA | Marlene Romero v. Eli Lilly & Co. |
| CAN 3 05-4832 | JSW | Anita Hollowell, et al. v. Eli Lilly & Co. |
| CAN 3 05-4833 | CRB | James Saleeby, etc. v. Eli Lilly & Co. |
| CAN 3 05-4892 | MJJ | Carolyn Seward, et al. v. Eli Lilly & Co. |
| CAN 3 05-4895 | WHA | Steven Leeper v. Eli Lilly & Co. |
| CAN 3 05-4902 | WHA | Russell Halterman, et al. v. Eli Lilly & Co. |
| CAN 3 05-4908 | MJJ | Zachary Gilman v. Eli Lilly & Co. |
| ~~CAN 3 05-5009~~ | | ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 05-5011~~ | | ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 05-5013 | WHA | Leonard Ward v. Eli Lilly & Co. |
| CAN 3 05-5029 | PJH | Michelle Gerst, et al. v. Eli Lilly & Co. |
| CAN 3 05-5032 | PJH | Rose Marie Marchiny v. Eli Lilly & Co. |
| CAN 3 05-5033 | MJJ | Coreen Hansen v. Eli Lilly & Co. |
| CAN 3 05-5074 | MHP | Willie Evans v. Eli Lilly & Co. |
| CAN 3 05-5077 | WHA | Shannon Miller v. Eli Lilly & Co. |
| CAN 3 05-5078 | SC | Joshua Hudson v. Eli Lilly & Co. |
| CAN 3 05-5093 | PJH | David Strawn v. Eli Lilly & Co. |
| CAN 3 05-5094 | PJH | Jim Ayala v. Eli Lilly & Co. |
| CAN 3 05-5096 | JSW | Michael Keizur v. Eli Lilly & Co. |
| ~~CAN 3 05-5149~~ | | ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 05-5150 | WHA | Jeffrey Oldewurtel v. Eli Lilly & Co. |
| ~~CAN 3 05-5152~~ | | ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 05-5153 | MMC | Christopher Parlato, et al. v. Eli Lilly & Co. |
| CAN 3 05-5266 | SBA | Duane Long v. Eli Lilly & Co. |
| CAN 3 05-5267 | PJH | Fausto Gutierrez-Cruz v. Eli Lilly & Co. |
| CAN 3 05-5268 | MJJ | Harlan Kenyon, et al. v. Eli Lilly & Co. |
| CAN 3 05-5269 | JSW | Mark Conder, et al. v. Eli Lilly & Co. |
| CAN 3 06-31 | JSW | Jeannie Swartz v. Eli Lilly & Co. |
| ~~CAN 3 06-35~~ | | ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 06-40~~ | | ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-41 | WHA | Artisha Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 06-248 | EDL | Patricia Glace v. Eli Lilly & Co. |
| CAN 3 06-252 | WHA | Howard Gilbert, et al. v. Eli Lilly & Co. |
| CAN 3 06-253 | JSW | Debbie Holden v. Eli Lilly & Co. |
| CAN 3 06-894 | WHA | Daryl Paul v. Eli Lilly & Co. |
| CAN 3 06-895 | PJH | Eugenne Salmon v. Eli Lilly & Co. |
| CAN 3 06-896 | TEH | Debra Mcclelland v. Eli Lilly & Co. |
| CAN 3 06-897 | SBA | Pamela Blish v. Eli Lilly & Co. |
| CAN 3 06-898 | MMC | Celita Finney v. Eli Lilly & Co. |
| CAN 3 06-899 | SC | Duane Windom v. Eli Lilly & Co. |
| CAN 3 06-900 | WHA | Jerome Dennis v. Eli Lilly & Co. |
| CAN 3 06-901 | MMC | Timothy Lee v. Eli Lilly & Co. |
| CAN 3 06-903 | WHA | Kimberly Fortunato v. Eli Lilly & Co. |
| CAN 3 06-904 | SC | Floretia Harris v. Eli Lilly & Co. |
| CAN 3 06-905 | TEH | Della Collins v. Eli Lilly & Co. |
| CAN 3 06-952 | SC | Constance Heg v. Eli Lilly & Co. |
| CAN 3 06-955 | SBA | Ollie Dotson, et al. v. Eli Lilly & Co. |
| CAN 3 06-956 | PJH | Anthony Hardenbrock v. Eli Lilly & Co. |
| CAN 3 06-957 | MJJ | Linda Wright v. Eli Lilly & Co. |
| CAN 3 06-958 | WHA | Ronald Rarric v. Eli Lilly & Co. |

| | | |
|---|---|---|
| CAN 3 | 06-959 SI | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 JSW | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 WHA | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 MJJ | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 MJJ | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 MMC | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 MJJ | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 SC | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 WHA | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 PJH | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 PJH | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 TEH | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 SC | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 MMC | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 SC | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 MHP | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 PJH | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 MMC | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 MJJ | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 MJJ | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 MHP | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 TEH | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 PJH | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 MMC | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 SC | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 SI | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 MHP | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 MJJ | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 MMC | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 MMC | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 SC | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 MMC | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 JSW | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 JSW | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 PJH | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 MMC | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 SC | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 JSW | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 WHA | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 TEH | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 MMC | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 MMC | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 PJH | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 MJJ | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 WHA | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 WHA | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 JSW | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 SC | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 MMC | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 JL | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 MJJ | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 WHA | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 MJJ | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 MJJ | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 WHA | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 PJH | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 SC | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

| | | | |
|---|---|---|---|
| CAN | 3 | 06-1050 JSW | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1051 JL | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1052 SC | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1053 WHA | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1054 SC | Priscilla Shrader v. Eli Lilly & Co. |
| CAN | 3 | 06-1056 WHA | Janet Janssen v. Eli Lilly & Co. |
| CAN | 3 | 06-1057 MJJ | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1058 MMC | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1060 SC | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1061 PJH | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1062 PJH | Brenda Hunter v. Eli Lilly & Co. |
| CAN | 3 | 06-1063 MMC | Steven Tomaselli v. Eli Lilly & Co. |
| CAN | 3 | 06-1064 MMC | Theresa Trotman v. Eli Lilly & Co. |
| CAN | 3 | 06-1076 SI | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1077 WHA | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1078 WHA | Noemi Hernandez v. Eli Lilly & Co. |
| CAN | 3 | 06-1079 MJJ | Wandy Deasy v. Eli Lilly & Co. |
| CAN | 3 | 06-1080 MHP | Joe Flores v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1081~~ | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 3 | 06-1082 JSW | Felipe Flores v. Eli Lilly & Co. |
| CAN | 3 | 06-1083 PJH | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN | 3 | 06-1084 MMC | Ward Marks v. Eli Lilly & Co. |
| CAN | 3 | 06-1085 WHA | Carroll Vanover v. Eli Lilly & Co. |
| CAN | 3 | 06-1086 MJJ | Sandy Laverich v. Eli Lilly & Co. |
| CAN | 3 | 06-1088 JSW | Alberta Johnson v. Eli Lilly & Co. |
| CAN | 3 | 06-1090 SC | Greg Bauder v. Eli Lilly & Co. |
| CAN | 3 | 06-1091 MHP | Linda Soule v. Eli Lilly & Co. |
| CAN | 3 | 06-1093 WHA | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1096 MMC | Keith Bacon v. Eli Lilly & Co. |
| CAN | 3 | 06-1099 MJJ | James Fraser v. Eli Lilly & Co. |
| CAN | 3 | 06-1100 MJJ | Lois Osenga v. Eli Lilly & Co. |
| CAN | 3 | 06-1103 PJH | Brandon Holmes v. Eli Lilly & Co. |
| CAN | 3 | 06-1106 PJH | Gary Gauthier v. Eli Lilly & Co. |
| CAN | 3 | 06-1108 JSW | Leilani Jones v. Eli Lilly & Co. |
| CAN | 3 | 06-1110 WHA | Theresa Hill v. Eli Lilly & Co. |
| CAN | 3 | 06-1111 SC | Marguerite Joiner v. Eli Lilly & Co. |
| CAN | 3 | 06-1112 PJH | Glenna Rohr v. Eli Lilly & Co. |
| CAN | 3 | 06-1113 MMC | Diana Platts v. Eli Lilly & Co. |
| CAN | 3 | 06-1116 WHA | Toni Iness v. Eli Lilly & Co. |
| CAN | 3 | 06-1117 WHA | Carlos Garcia v. Eli Lilly & Co. |
| CAN | 3 | 06-1118 MJJ | Jason Skaggs v. Eli Lilly & Co. |
| CAN | 3 | 06-1119 EDL | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1122 SI | James Thomas v. Eli Lilly & Co. |
| CAN | 3 | 06-1123 WHA | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1124 TEH | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN | 3 | 06-1125 JSW | Timothy Miller v. Eli Lilly & Co. |
| CAN | 3 | 06-1126 WHA | James Arns v. Eli Lilly & Co. |
| CAN | 3 | 06-1127 MJJ | Severa Cruz v. Eli Lilly & Co. |
| CAN | 3 | 06-1128 WHA | Brian Rickard v. Eli Lilly & Co. |
| CAN | 3 | 06-1129 WHA | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1131 WHA | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1132 MMC | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1133 TEH | Alvie M. Laver v. Eli Lilly & Co. |
| CAN | 3 | 06-1134 MJJ | Shirley Eddy v. Eli Lilly & Co. |
| CAN | 3 | 06-1135 SBA | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1155 WHA | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1156 PJH | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1158 MJJ | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1159 SBA | Norine Ciaio v. Eli Lilly & Co. |

| | | | |
|---|---|---|---|
| CAN | 3 | 06-1160 WHA | Yash Kapur v. Eli Lilly & Co. WHA |
| CAN | 3 | 06-1161 MHP | Doreen Bell v. Eli Lilly & Co. MHP |
| CAN | 3 | 06-1162 JSW | William O'brien v. Eli Lilly & Co. |
| CAN | 3 | 06-1163 MMC | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN | 3 | 06-1164 SC | Florence Karolyi v. Eli Lilly & Co. |
| CAN | 3 | 06-1168 MHP | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN | 3 | 06-1170 PJH | Susan Kline v. Eli Lilly & Co. |
| CAN | 3 | 06-1171 MMC | Dennis Muschitz v. Eli Lilly & Co. |
| CAN | 3 | 06-1172 SI | Patricia Banks v. Eli Lilly & Co. |
| CAN | 3 | 06-1174 PJH | David Chismar, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1175 SC | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1178~~ | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 3 | 06-1179 JSW | Lehman Brownell v. Eli Lilly & Co. |
| CAN | 3 | 06-1180 CW | Yolanda Araujo v. Eli Lilly & Co. |
| CAN | 3 | 06-1182 SC | Karen Halechko v. Eli Lilly & Co. |
| CAN | 3 | 06-1184 JSW | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1185 MJJ | Tyna Bass v. Eli Lilly & Co. |
| CAN | 3 | 06-1186 TEH | Antonio Daniel v. Eli Lilly & Co. |
| CAN | 3 | 06-1187 SC | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1188 PJH | Alberta Oliviri v. Eli Lilly & Co. |
| CAN | 3 | 06-1190 SBA | Juawawno Boone v. Eli Lilly & Co. |
| CAN | 3 | 06-1194 TEH | Anne Johnson v. Eli Lilly & Co. |
| CAN | 3 | 06-1195 MJJ | Paul Matthews v. Eli Lilly & Co. |
| CAN | 3 | 06-1198 MJJ | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN | 3 | 06-1199 TEH | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1200~~ | ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 3 | 06-1201 SI | Waymon Donat v. Eli Lilly & Co. |
| CAN | 3 | 06-1202 SBA | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1204 MJJ | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN | 3 | 06-1206 MHP | Letha Russell v. Eli Lilly & Co. |
| CAN | 3 | 06-1207 MHP | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1209 TEH | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1230 MMC | John Bowermaster v. Eli Lilly & Co. |
| CAN | 3 | 06-1231 PJH | Patrick Callaway v. Eli Lilly & Co. |
| CAN | 3 | 06-1232 JSW | Mary Lee v. Eli Lilly & Co. |
| CAN | 3 | 06-1233 PJH | Barbara Pupo v. Eli Lilly & Co. |
| CAN | 3 | 06-1235 MJJ | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1236 PJH | Darrel Vail v. Eli Lilly & Co. |
| CAN | 3 | 06-1237 MJJ | Charles Coffman v. Eli Lilly & Co. |
| CAN | 3 | 06-1239 MMC | Lauree Ward v. Eli Lilly & Co. |
| CAN | 3 | 06-1240 TEH | Patricia Pirotta v. Eli Lilly & Co. |
| CAN | 3 | 06-1241 MHP | Larry Pancher v. Eli Lilly & Co. |
| CAN | 3 | 06-1242 WHA | Jo Marie Santi v. Eli Lilly & Co. |
| CAN | 3 | 06-1244 EDL | Gail F. Cowher v. Eli Lilly & Co. |
| CAN | 3 | 06-1245 MJJ | Cox v. Eli Lilly & Co. |
| CAN | 3 | 06-1246 WHA | Kenneth Crawford v. Eli Lilly & Co. |
| CAN | 3 | 06-1263 WHA | William J. Crawford v. Eli Lilly & Co. |
| CAN | 3 | 06-1267 SC | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1269 SI | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1270 MMC | Rivers v. Eli Lilly & Co. |
| CAN | 3 | 06-1273 WHA | Marianne Capelle, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1274 JSW | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1281 JSW | Scott M. Tucker v. Eli Lilly & Co. |
| CAN | 3 | 06-1282 SC | Nancy L. French v. Eli Lilly & Co. |
| CAN | 3 | 06-1293 SI | Michael J. Watkins v. Eli Lilly & Co. |
| CAN | 3 | 06-1294 JSW | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN | 3 | 06-1297 TEH | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1299 SC | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1308~~ | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

CAN 3 06-1310 MJJ Wesley Kirby v. Eli Lilly & Co.
CAN 3 06-1312 JSW Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3 06-1313 Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3 06-1320 SC Josie L. Murray v. Eli Lilly & Co.
CAN 3 06-1327 WHA Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3 06-1328 PJH Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3 06-1330 MMC Larry Reyes v. Eli Lilly & Co.
CAN 3 06-1333 MJJ Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3 06-1334 SBA Robert Koch v. Eli Lilly & Co.
CAN 3 06-1339 WHA Ernestine Bowyer v. Eli Lilly & Co.
CAN 3 06-1340 WHA Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3 06-1343 PJH Marie D. Price v. Eli Lilly & Co.
CAN 3 06-1344 MJJ Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3 06-1354 JSW Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3 06-1356 PJH Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3 06-1373 MMC Judith A. Stanley v. Eli Lilly & Co.
CAN 3 06-1374 MMC Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3 06-1376 Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3 06-1379 SC Deborah A. Couch v. Eli Lilly & Co.
CAN 3 06-1382 TEH Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3 06-1387 Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3 06-1388 SI Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3 06-1389 SC Brandy S. Morgan v. Eli Lilly & Co.
CAN 3 06-1392 TEH Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3 06-1393 SC Caren L. Wilson v. Eli Lilly & Co.
CAN 3 06-1396 JSW Charlene West v. Eli Lilly & Co.
CAN 3 06-1397 MHP Mary Senf v. Eli Lilly & Co.
CAN 3 06-1398 PJH Nancy L. Axe v. Eli Lilly & Co.
CAN 3 06-1400 PJH Judy M. Fisher v. Eli Lilly & Co.
CAN 3 06-1401 JSW Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3 06-1404 TEH Robert Young v. Eli Lilly & Co.
CAN 3 06-1405 SC Peter Williams v. Eli Lilly & Co.
CAN 3 06-1406 WHA Marlene Rogala v. Eli Lilly & Co.
CAN 3 06-1432 MMC Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3 06-1433 SBA Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3 06-1435 SBA David R. Werner v. Eli Lilly & Co.
CAN 3 06-1437 MHP Earnest L. Davis v. Eli Lilly & Co.
CAN 3 06-1439 MJJ Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3 06-1442 SC Barrett v. Eli Lilly & Co.
CAN 3 06-1443 WHA Carol A. Bartlett v. Eli Lilly & Co.
CAN 3 06-1457 SBA Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3 06-1458 PJH Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3 06-1460 MMC Richard A. Hernandez v. Eli Lilly & Co.
CAN 3 06-1462 JSW Sandra M. Johnson v. Eli Lilly & Co.
CAN 3 06-1465 PJH Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3 06-1466 SC James Cutter v. Eli Lilly & Co.
CAN 3 06-1467 TEH Adnan Tuncel v. Eli Lilly & Co.
CAN 3 06-1468 TEH Shirley A. Jones v. Eli Lilly & Co.
CAN 3 06-1469 JSW Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3 06-1472 JSW Damon L. Dowdell v. Eli Lilly & Co.
CAN 3 06-1473 MJJ Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3 06-1476 PJH Linda K. Hartle v. Eli Lilly & Co.
CAN 3 06-1477 MJJ Oradean Foster v. Eli Lilly & Co.
CAN 3 06-1479 MHP Maurice Looney v. Eli Lilly & Co.
CAN 3 06-1480 MMC Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3 06-1481 MHP Gregory Knight v. Eli Lilly & Co.
CAN 3 06-1482 SC Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3 06-1484 JSW Mary E. Hunter v. Eli Lilly & Co.
CAN 3 06-1486 TEH Marvette L. Keys v. Eli Lilly & Co.

| District | Div. | C.A. # | Case Caption |
|---|---|---|---|
| CAN | 3 | 06-1487 PJH | Dino S. Catlin v. Eli Lilly & Co. |
| CAN | 3 | 06-1489 WHA | William S. Sutterer v. Eli Lilly & Co. |
| CAN | 3 | 06-1490 MJJ | Sarah M. Tanner, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1491 MMC | Robert Zimmerman v. Eli Lilly & Co. |
| CAN | 3 | 06-1493 MHP | David Martinez v. Eli Lilly & Co. |
| CAN | 3 | 06-1494 SC | Sandy Fry v. Eli Lilly & Co. |
| CAN | 3 | 06-1495 JSW | Larry M. Call v. Eli Lilly & Co. |
| CAN | 3 | 06-1497 MJJ | Stephen La Joie, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1525 JSW | Angela Overeynder, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1527 SC | Richard Frentz v. Eli Lilly & Co. |
| CAN | 3 | 06-1530 SC | Joel Feser v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1532~~ | ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 3 | 06-1533 JSW | Eric Padgett v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1534~~ | ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 3 | 06-1537 MJJ | Karen Broughton v. Eli Lilly & Co. |
| CAN | 3 | 06-1538 MMC | Kathleen Deitchler, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1540 MMC | Marla Barton v. Eli Lilly & Co. |
| CAN | 3 | 06-1542 TEH | Jacob Reed, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1543 MJJ | William Maloney v. Eli Lilly & Co. |
| CAN | 3 | 06-1544 JSW | Connie E. Mcclintock v. Eli Lilly & Co. |
| CAN | 3 | 06-1547 MMC | Barbara Lanini v. Eli Lilly & Co. |
| CAN | 3 | 06-1548 SC | Sari Gehrke, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1549 WHA | Tyrone Jeter v. Eli Lilly & Co. |
| CAN | 3 | 06-1550 MHP | Duane A. Tillman v. Eli Lilly & Co. |
| CAN | 3 | 06-1552 SI | Deborah Winfrey v. Eli Lilly & Co. |
| CAN | 3 | 06-1553 SI | Blondean Sims v. Eli Lilly & Co. |
| CAN | 3 | 06-1554 PJH | Edward Jones v. Eli Lilly & Co. |
| CAN | 3 | 06-1556 PJH | Allegra M. Weaver v. Eli Lilly & Co. |
| CAN | 3 | 06-1559 SC | Jane R. Evans v. Eli Lilly & Co. |
| CAN | 3 | 06-1562 WHA | David Bell v. Eli Lilly & Co. |
| CAN | 3 | 06-1563 JSW | Dorothy Sheppard v. Eli Lilly & Co. |
| CAN | 3 | 06-1565 PJH | Lucy Martinez, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1566 MMC | Troy R. Geddis v. Eli Lilly & Co. |
| CAN | 3 | 06-1567 WHA | Georgette M. Mcbride v. Eli Lilly & Co. |
| CAN | 3 | 06-1605 MHP | Mary Deschenes, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1606 MJJ | Laurice Kory, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1611 SI | Michelle Medlin v. Eli Lilly & Co. |
| CAN | 3 | 06-1613 SI | Erin Linn Goodpasture v. Eli Lilly & Co. |
| CAN | 3 | 06-1614 SI | Donna Cuadrez, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1615 CW | Gary Osborne v. Eli Lilly & Co. |
| CAN | 3 | 06-1618 SI | Rhonda Abtahi v. Eli Lilly & Co. |
| CAN | 3 | 06-1620 SI | Gerald Boehmer, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1622 SI | Jacqueline Lipka v. Eli Lilly & Co. |
| CAN | 3 | 06-1623 SI | Jim Aldine, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1624 SI | Donna Taylor v. Eli Lilly & Co. |
| CAN | 3 | 06-1625 SI | Nicholas Gonzales v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1626~~ | ~~Ann Button v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 3 | 06-1627 SI | Eddie Ray Harris v. Eli Lilly & Co. |
| CAN | 3 | 06-1628 SI | Carl M. Eisaman v. Eli Lilly & Co. |
| CAN | 3 | 06-1643 SI | James Graham, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1644 SI | Wayne Dixon, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1692 EMC | Deborah A. King v. Eli Lilly & Co. |
| CAN | 3 | 06-1693 MHP | Antoinette C. Smith v. Eli Lilly & Co. |
| CAN | 3 | 06-1697 MHP | Eleanor E. Pugliese v. Eli Lilly & Co. |
| CAN | 3 | 06-1699 SC | James D. Fusner v. Eli Lilly & Co. |
| CAN | 3 | 06-1701 SI | Richard B. Slater, Jr. v. Eli Lilly & Co. |
| CAN | 3 | 06-1702 MMC | Marcella L. Lowry v. Eli Lilly & Co. |

| | | | |
|---|---|---|---|
| CAN | 3 | 06-1705 SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN | 3 | 06-1706 JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1708~~ | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN | 3 | 06-1709 SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1712 WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-1757~~ | ~~Linda L. Nevel v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 3 | 06-1758 SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN | 3 | 06-1761 MHP | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN | 3 | 06-1770 SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN | 3 | 06-1787 MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1788 MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN | 3 | 06-1819 SC | Don Wilson v. Eli Lilly & Co. |
| CAN | 3 | 06-1825 WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN | 3 | 06-1847 PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1852 MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN | 3 | 06-1856 PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN | 3 | 06-1859 MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN | 3 | 06-1860 SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN | 3 | 06-1931 JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-2038~~ | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN~~ | ~~3~~ | ~~06-2188~~ | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN | 3 | 06-2283 WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN~~ | ~~3~~ | ~~06-2385~~ | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN~~ | ~~3~~ | ~~06-2386~~ | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN | 3 | 06-2398 MHP | Duane Inks v. Eli Lilly & Co. |
| CAN | 3 | 06-2399 MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN | 3 | 06-2420 JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN | 3 | 06-2421 JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN~~ | ~~3~~ | ~~06-2489~~ | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN | 3 | 06-2609 MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN | 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN | 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4~~ | ~~05-5097~~ | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN~~ | ~~4~~ | ~~05-5098~~ | ~~Shannon La'Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN | 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN | 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN | 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN | 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN | 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN | 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN | 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN | 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN | 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN | 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN | 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN | 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN | 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN | 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN | 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN | 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN | 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN | 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN | 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

| | |
|---|---|
| CAN 4 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4 06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4 06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

**INVOLVED COUNSEL LIST (CTO-49)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

**INVOLVED JUDGES LIST (CTO-49)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102